JS-6

VALIANT LAW
800 FERRARI LANE, SUITE 100
ONTARIO, CALIFORNIA 91764
TELEPHONE 909 677 2270 ◆ FAX 909 677 2290

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUALBERTO MANDUJANO<br><br>    Plaintiff,<br><br>    v.<br><br>O'REILLY AUTO ENTERPRISES, LLC, et al.,<br><br>    Defendants. | Case No.: 5:21−cv−00413−JGB (SPx)<br><br>**ORDER RE DISMISSAL PURSUANT TO FED. R. CIV. PRO. RULE 41(a)(1)(A)(ii)**<br><br>Case filed: January 21, 2021<br>Case removed: March 8, 2021<br>Trial set: November 1, 2022 |

## ORDER RE DISMISSAL PURSUANT TO FED. R. CIV. PRO. RULE 41 (a)(1)(A)(ii)

Upon consideration of the parties' Joint Stipulation for Dismissal Pursuant to Fed. R. Civ. Pro. Rule 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED that this action is dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This ORDER is made as the matter has been resolved to the satisfaction of all parties.

IT IS SO ORDERED.

Dated:  January 27, 2022

Honorable Jesus G. Bernal
United States District Judge

-1-
[PROPOSED] ORDER RE DISMISSAL PURSUANT TO FED. R. CIV. PRO. RULE 41(a)(1)(A)(ii)